# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MEGHANAS MILLARD GATLING**
**ADC #650850**                                                                                    **PLAINTIFF**

v.                            No. 3:21-cv-99-DPM

**TAMMY GLENN, Head Nurse, Greene**
**County Detention Center; ALICIA**
**HUBBLE, LT., Greene County Detention**
**Center; DOES, Unknown Jail**
**Administrators and Medical Staff, Greene**
**County Detention Center; and GREENE**
**COUNTY DETENTION CENTER**                                            **DEFENDANTS**

## ORDER

Unopposed recommendation, *Doc. 8*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Gatling's complaint will be dismissed without prejudice for failure to state a claim. The Court recommends that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 August 2021