IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MEGHANAS MILLARD GATLING
ADC #650850                                                              PLAINTIFF

v.                          No. 3:21-cv-99-DPM

TAMMY GLENN, Head Nurse, Greene
County Detention Center; ALICIA
HUBBLE, LT., Greene County Detention
Center; DOES, Unknown Jail
Administrators and Medical Staff, Greene
County Detention Center; and GREENE
COUNTY DETENTION CENTER                                     DEFENDANTS

JUDGMENT

Gatling's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

11 August 2021